In the Matter of the Estate of MARY G. MEAD, Deceased. LOUIE E. MEAD, Respondent; MARY J. GRAHAM, as Administratrix of the Estate of LAWRENCE W. GRAHAM, Deceased, Appellant.

Submitted March 4, 1954; decided April 8, 1954.

*William E. Barrett* for appellant.

*Harold J. Tillou* and *Frederick C. Jenson* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.